UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BETH GOLDBERG,

                Plaintiff,

    -against-

COACH USA and Z & B TOURS,

                Defendants.

-----------------------------------------------------------X

**AMENDED CIVIL CASE MANAGEMENT PLAN**

04-CV-5571 (F/B)

      The following Amended Civil Case Discovery Plan and Scheduling Order is adopted pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure.

1. Any application to join additional parties to this action shall be made on or before December 30, 2005.

2. Any application to amend any pleading in this action shall be made on or before December 30, 2005.

3. Fact discovery, including depositions of fact witnesses, shall be completed by January 31, 2006.

4. Plaintiffs shall serve their expert disclosures by February 28, 2006.

5. Defendants shall serve their expert disclosures by April 14, 2006.

6. Expert depositions shall be conducted by May 31, 2006.

7. Final pre-trial conference scheduled for _____.

Dated: _____9/30/05_____

                                        HON. JOAN M. AZRACK

*[handwritten note: Conf in person for sett. Jul 9 2:00pm]*

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT

# Jacoby & Meyers LLP

Gail Koff, P.C., Founding Partner (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Kenneth L. Oliver, P.C. (NY)
Steven G. Davis (NY & PA)
Michael Feldman (NY & NJ)
Michael Finkelstein (NY)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)

Kalina Goldman (NY)
Linda Armatti-Epstein (NY)
Kenneth Cohen (NJ)
Joel A. Roback (NY & Israel)
John F Dowd (NY)
Sheila Rosenrauch (NY)
James J. McGarry (NY)
David Akerib (NY)
Dominic T. Dascoli (NY)
Frances M. Bova (NY & NJ)
Gabriel Miller (NY)
Nadine G. Citron (NY)
Mark H. Hudoba (NY)
Kenneth G. Bartlett (CT & NJ)
Gustavo W. Alzugarav (NY & NJ)

Of Counsel
George M. Levy (NY)
Ronald Rosenkranz (NY)
Steven H. Cohen (NY)
Francis J. Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)
Kenneth B. Fromson (NY & NJ)
Joel Bossom (NY)
Steven P. Shultz (NY & MA)
Nancy V. Morgan (NY, NJ & PA)
Steven Lim (NY)
Duncan W. Clark (NY)
Robert J. Camera (NY & NJ)
George A. Kohl, 2nd (NY & MA)

Terry D. Horner (NY)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D Lissauer (NY)
Julio E. Urrutia (NY & NJ)
Victoria Lieb Lightcap (NY & MA)
Thomas J. Pronti (NY)
Edward M. Steves (NY)
Christopher T. Millman (NY)
Silvia Furmanian (NY)
Ann R. Johnson (NY & CT)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Marie Dusault (NY)
Andrew I. Falk (NY)

(800) 890-3090
Fax: (845) 562-3492
www.jmlawyer.com

REFER TO OUR FILE #: 78086

September 28, 2005

Hon. Joan M. Azrack
United States District Court
U.S. Courthouse
225 Cadman Plaza
Brooklyn, New York 11201

[Post-it Fax Note 7671 | Date 9/28/05 | # of pages ▶ 3 | To Hon. Joan M Azrack | From Nora Polimeni | Co./Dept. USDC-ED | Co. Finkelstein | Phone # 718-260-2530 | Phone # 845-563-9421 | Fax # 718-260-2536 | Fax # 845562-3492]

Re: Goldberg vs. Coach USA and Z&B Tours
04-CV-5571 (FB)

Dear Magistrate Judge Azrack:

As Your Honor may recall, this action involves an incident that occurred upon a charter bus wherein the plaintiff, a teacher, was injured. This letter is written to request an extension of the discovery deadlines in this matter. The basis for this request is that it was revealed at the September 9, 2005 deposition of the witness produced by defendant Z&B Tours that an entity known Landscape Charters and Travel Services, Inc. may be the actual entity that provided the transportation on the day of the accident. The plaintiff seeks this extension to permit the plaintiff to conduct discovery as against this potential new party, and to possibly add the said corporation as a party to this action, if appropriate.

This is the first request for an extension of the discovery schedule.

Please note that this request is on consent of Mr. Lombardo, counsel for defendant Z&B Tours, and Mr. Gallagher, counsel for defendant Coach USA.

In the event that Your Honor is amenable to granting this request, I have enclosed a proposed Amended Civil Case Management Plan.

Thank you for your consideration in this matter.

Very truly yours,

JACOBY & MEYERS, LLP

ELEANOR L. POLIMENI, ESQ.
of FINKELSTEIN & PARTNERS, LLP
Of Counsel

cc : McMahon, Martine & Gallagher, LLP
Malapero & Prisco